UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HANNIBAL WHEATLEY, on behalf of himself an

**Plaintiff(s),**

24 Civ. 07344 (ALC)

**- against -**

**CLERK'S CERTIFICATE
OF DEFAULT**

BUDBIZ LLC d/b/a NYCBUD,

**Defendant(s),**
------------------------------------------------------------X

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 9/27/2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) BUDBIZ LLC d/b/a NYCBUD, by personally serving Dominick, Business partner to Giancarlo Pinto, at 32-32 Steinway St., and proof of service was therefore filed on 10/8/2024, Doc. #(s) 5.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York
February 21, 2025

TAMMI M. HELLWIG
Clerk of Court

By: _____
Deputy Clerk